AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | ) |
|---|---|
| Briana Armentrout, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:20-cv-00126-JAK (SPx) |
| General Revenue Corporation, | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> General Revenue Corporation
> 11501 Northlake Dr.
> Cincinnati, OH 45249-1643

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Trinette G. Kent, Esq.
> Lemberg Law, LLC.
> 3219 East Camelback Road, #588
> Phoenix, AZ 85018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 01/16/2020

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Briana Armentrout

Plaintiff(s)

VS.

Court No.: 5:20-cv-00126-JAK-SP

General Revenue Corporation

Defendant(s)

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Tammy Kinnison, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action, Complaint for Damages - Jury Demand, Civil Coversheet, Certification and Notice of Interested Parties (Local Rule 7.1-1), Statement of Consent to Proceed Before a United States Magistrate Judge Pursuant to Title 28 U.S.C. 636 (c), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, and Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt

Defendant to be served: General Revenue Corporation

ADDRESS WHERE ATTEMPTED OR SERVED: 4660 Duke Drive, Suite 200, Mason, OH, 45040

I SERVED the within named defendant on: 2/18/2020 12:13 PM

X CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with Mimi Wise, (Title): HR manager, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 40   Gender: Female   Race: African American   Height: 5-8   Weight: 126-150   Hair: Black   Eyes: Brown

Additional Comments:

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 2/25/2020

Signature of Process Server

Notary Public

Tammy Kinnison
Printed Name
Process Server
Title



CHRISTOPHER GALOWNIA
Notary Public, State of Ohio
My Commission Expires 09-06-2021

Page 1 of 1

File Number: 27568-001
Reference Number: 3875261
Case Number: 5:20-cv-00126-JAK-SP
Client: Lemberg Law LLC
Doc Generated: 02/19/2020 04:32:39:001 PM

796984_3875261_0_23_V4